# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
717 CUMBERLAND DRIVE )
CLARKSVILLE TENNESSEE 37040 )

Case No. 24-mj-1059

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the ___Middle___ District of ___Tennessee___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☐ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| | Service of an outstanding SRV warrant |

The application is based on these facts:
See attached affidavit in support of the search warrant.

- ☐ Continued on the attached sheet.
- ☐ Delayed notice of ____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Christian Marrero
*Applicant's signature*

DUSM Christian Marrero, USMS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ___telephone___ *(specify reliable electronic means)*.

Date: 03/05/2024

*Judge's signature*

City and state: Nashville, Tennessee

Hon. Barbara D. Holmes, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, Christian Marrero, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the **PREMISES** known as 717 Cumberland Drive, Clarksville, Tennessee, hereinafter referred to as the "**PREMISES**," further described in Attachment A, for the things described in Attachment B.

2. I am a commissioned federal law enforcement officer of the United States Marshals Service (USMS), within the meaning of 28 U.S.C. § 2501(7), and I am authorized by law to carry firearms, execute warrants, conduct investigations, and to make arrests for offenses against the United States of America. I have been a Criminal Investigator since August 2023 and a Deputy U.S. Marshal since January 2022. While serving as a Deputy U.S. Marshal, I have participated in fugitive investigations, including investigations relating to individuals who have absconded from federal custody or otherwise failed to comply with the terms and conditions of custody and/or release ordered by a federal judge.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officials, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. Based on the facts set forth in this affidavit, I submit that there is an outstanding federal arrest warrant issued by a court of competent jurisdiction for the arrest of **Joseph WHITEHEAD** and that **WHITEHEAD** is currently residing at the **PREMISES**.

## PROBABLE CAUSE

5. **WHITEHEAD** was previously convicted in U.S. District Court for the Eastern District of Tennessee in Case Number 3:10-cr-00127-TAV-DCP-1 for a violation of Title 18, United States Code, Sections 922(g)(1) and 2. On May 12, 2011, **WHITEHEAD** was sentenced to 188 months imprisonment followed by five years of supervised release. **WHITEHEAD**'s supervision commenced on August 11, 2023.

6. On January 29, 2024, U.S. Magistrate Judge Jill E. McCook of the Eastern District of Tennessee issued an arrest warrant on a Petition for Action authored by U.S. Probation Officer Specialist Mandy Palmiter which alleges that **WHITEHEAD** tested positive for fentanyl, was discharged from a drug treatment program, and that his whereabouts were unknown at the time the Petition was submitted and the warrant was issued by Judge McCook.

7. On or about Friday, March 1, 2024, Officer Palmiter learned that **WHITEHEAD** had checked into Buffalo Valley, Inc. which maintains at treatment center at the **PREMISES**.

8. On or about Monday, March 4, 2024, Officer Palmiter spoke with staff members at Buffalo Valley, Inc. who informed Officer Palmiter that **WHITEHEAD** was still on the **PREMISES**.

9. Buffalo Valley has informed me that they will not inform law enforcement of the exact location of **WHITEHEAD** on the **PREMISES** without a search warrant for his body.

10. I submit that this affidavit supports probable cause for a warrant to search the **PREMISES** described in Attachment A and seize the items described in Attachment B.

## **ATTACHMENT A**

*Property to be searched*

The property to be searched is 717 Cumberland Drive, Clarksville, 37040 Tennessee, which is a building operated by Buffalo Valley, Inc. and hereinafter referred to as the **"PREMISES"**.

# ATTACHMENT B

*Property to be seized*

The body of **Joseph WHITEHEAD** depicted below:

